AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| LITTLE FISH/BIG POND, L.L.C. | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:15cv940 LG-RHW |
| C W FIN'S, LLC | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  C W FIN'S, LLC c/o its Registered Agent
United States Corporation Agents, Inc.
460 Briarwood Drive, Suite 400
Jackson, Mississippi 39206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> H. Hunter Twiford, III
> McGlinchey Stafford PLLC
> City Centre South, Suite 1100
> 200 S. Lamar Street
> Jackson, Mississippi 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

CLERK OF COURT

Date: DEC 2 9 2015

*Signature of Clerk or Deputy Clerk*